**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| In re: OGILVIE, ALEXANDER P, | Bankr. Case No. 14-21459 |
|---|---|
| Debtor(s). | Chapter 7 |

**TRUSTEE'S DIRECTIVE TO DEBTOR(S) REGARDING TURNOVER OF 2014 TAX RETURNS AND TAX REFUNDS**

*Peggy Hunt, Chapter 7 Trustee, issues this Directive pursuant to Sections 521 & 542 of the United States Bankruptcy Code, Federal Rule of Bankruptcy 4002, and the Bankruptcy Court's Local Rule of Practice 4002-1. This is a request by the Trustee pursuant to Section 521(f) and supplements the Directive made at your meeting of creditors. These provisions require you to cooperate with the Trustee and turn over the property as instructed in this Directive.*

**YOU ARE DIRECTED AND INSTRUCTED BY THE TRUSTEE TO TAKE BOTH OF THE FOLLOWING ACTIONS:**

    1.    **TURN OVER TAX RETURNS**: *Immediately upon filing with the tax authorities, please turn over complete, signed copies of your 2014 Federal and State Tax Returns.* Documents will not be returned to you, so send copies and keep the originals for your files. The Tax Returns may be (a) emailed to: hunttrustee@gmail.com; or (b) mailed to: Peggy Hunt, Chapter 7 Trustee, 136 South Main St., Suite 1000, Salt Lake City, Utah 84101.

    2.    **TURN OVER TAX REFUNDS**: As instructed at your meeting of creditors, you are not to have tax refunds deposited into any bank account. Instead, the refunds must be issued to you by check. *Immediately upon receipt, please turn over to the Trustee all refund check(s) and any tax refund money received by you.* Do not cash, endorse or otherwise negotiate your tax refund check(s), and do not spend any tax refund money. Tax refunds should be delivered by hand or by mail to Peggy Hunt, Chapter 7 Trustee, 136 South Main St., Suite 1000, Salt Lake City, Utah 84101.

**YOUR FAILURE TO COMPLY WITH THIS DIRECTIVE WILL RESULT IN A LAWSUIT BEING FILED AGAINST YOU TO REVOKE YOUR DISCHARGE, AND MAY RESULT IN THE ENTRY OF A MONETARY JUDGMENT AGAINST YOU, A FINDING OF CONTEMPT, AND THE IMPOSITION OF SANCTIONS.**

*IF YOU ARE REPRESENTED, YOUR ATTORNEY HAS RECEIVED THIS DOCUMENT. PLEASE CONTACT YOUR ATTORNEY IF YOU HAVE ANY QUESTIONS OR CONCERNS.*

DATED this _8_ day of January, 2015.

                                              */ s / Peggy Hunt*
                                              Peggy Hunt, Chapter 7 Trustee
                                              136 South Main St., Suite 1000
                                              Salt Lake City, Utah 84101
                                              hunttrustee@gmail.com

4841-1274-7041\1